**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TEYLLON SOUZA VIEIRA,** | § | |
| **Petitioner** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00432-DB** |
| | § | |
| **MARY DE ANDA-YBARRA,** *ICE Field* | § | |
| *Director, et al.,* | § | |
| **Respondents.** | § | |
| | § | |

## <u>ORDER ON MOTION FOR ADMISSION PRO HAC VICE</u>

On this day, the Court considered Attorney Vinicius Silva Damasceno's ("Attorney Damasceno") "Motion for Admission Pro Hac Vice," ("Motion") filed in Petitioner Teyllon Souza Vieira's ("Petitioner") above-captioned case on September 29, 2025. ECF No. 3. Therein, Attorney Damasceno "moves this Court to grant admission to the. . . Western District of Texas pro hac vice to represent [Petitioner] Teyllon Souza Vieira in this case." *Id.* After due consideration, this Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Damasceno's "Motion for Admission Pro Hac Vice," ECF No. 3, is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Damasceno is **GRANTED LEAVE** to appear pro hac vice on behalf of the Petitioner in this case.

**IT IS FURTHER ORDERED** that Attorney Damasceno apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should Attorney Damasceno choose not to pursue

admission, they will not be allowed to appear in any other action in the Western District of Texas until they have been admitted formally to practice.

**IT IS FINALLY ORDERED** that Attorney Damasceno **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

SIGNED this ___30th___ day of **September 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

2