**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA,** § | |
|     **Petitioner,** § | |
| § | |
| **v.** § | **EP-25-CV-00432-DB** |
| § | |
| **MARY DE ANDA-YBARRA,** *ICE Field* § | |
| *Office Director, et al.,* § | |
|     **Respondents.** § | |

## <u>ORDER TO SHOW CAUSE</u>

On this day, the Court considered the above-captioned case. On September 29, 2025, Petitioner Teyllon Souza Vieira ("Petitioner") filed a "Petition for Writ of Habeas Corpus," ECF No. 1. Therein, Petitioner asks this Court to "Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately." *Id.* at 22. Pursuant to 28 U.S.C. § 2243, "[a] court. . . entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted."

Accordingly, **IT IS HEREBY ORDERED** that Respondents Mary De-Anda-Ybarra, Todd Lyons, Kristi Noem, Pamela Bondi, and ICE Facility Admin **SHOW CAUSE** why such writ should not be granted by filing a response no later **no later than Friday, October 3, 2025.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than Tuesday, October 7, 2025.**

**IT IS FINALLY ORDERED** that this matter **SHALL BE SET** for a hearing on Thursday, October 9, 2025, at 2:30 PM MDT. An order setting this hearing is forthcoming.

SIGNED this _30_<sup>th</sup> day of **September 2025**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE