# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| TEYLLON SOUZA VIEIRA | § | |
| | § | CIVIL NO: |
| vs. | § | EP:25-CV-00432-DB |
| | § | |
| MARY DE ANDA-YBARRA, TODD | § | |
| LYONS, KRISTI NOEM, UNKNOWN | | |
| UNKNOWN, PAMELA BONDI | | |

## ORDER SETTING HEARING ON ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON ORDER TO SHOW CAUSE** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, October 09, 2025 at 02:30 PM**.  All parties and counsel must appear at this hearing.

IT IS FURTHER ORDERED that Respondents shall not 1) Remove or deport Petitioner from the United States, or 2) Transfer Petitioner to any facility outside the boundaries of the El Paso Division of the Western District of Texas until the Court orders otherwise.

IT IS SO ORDERED this 1st day of October, 2025.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE