**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA**     ) <br> Petitioner,     ) <br>     ) <br> v.     ) <br>     ) <br> **MARY DE-ANDA-YBARRA**, et. al.     ) <br> Respondents.     ) <br>     ) | Case No. <u>3:25-cv-00432-DB</u> |

**ORDER**

Pending before the Court is an Unopposed Motion for Video Conference hearing. After reviewing the Motion, the Court is of the opinion that it should be _____, for the following reasons: _____

It is SO ORDERED.

Signed this ____ of _____, 2025

_____
**DAVID BRIONES**
**UNITED STATES DISTRICT JUDGE**

1