UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA** <br> Petitioner, <br><br> v. <br><br> **MARY DE-ANDA-YBARRA**, et. al. <br> Respondents. | ) <br> ) <br> ) <br> ) Case No. 3:25-cv-00432-DB <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Pending before the Court is an Unopposed Motion for Video Conference hearing, ECF No. 8. After reviewing the Motion, the Court is of the opinion that it should be **GRANTED**.[1]

It is SO ORDERED.

Signed this 6th day of October 2025.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Information regarding the Court's Zoom protocol will be provided ahead of the hearing.