**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA**      **)** | |
| Petitioner,      ) | |
|      ) | |
| v.      ) | Case No. 3:25-cv-00432-DB |
|      ) | |
| **MARY DE-ANDA-YBARRA**, et. al.      ) | |
| Respondents.      ) | |
|      ) | |

## PETITIONER'S AMENDED NOTICE OF RELEVANT EVIDENCE

1. Petitioner asks the Court to please disregard Document 13 submitted on October 15, 2025, since that document contained an error in the header due to a lack of synchronization with Undersigned Counsel's system. Petitioner asks the Court to consider this amended submission instead.

2. Petitioner hereby files a notice of relevant evidence in connection with the above-captioned case.

3. At the Hearing to Show Cause that took place on October 9, 2025, Judge Briones asked Undersigned Counsel about the hearing before the Immigration Court that was set to occur on September 25, 2025, but was cancelled.

4. At the hearing, Undersigned Counsel confused the dates and mistakenly said that the Immigration Judge denied jurisdiction on that date. This information, however, was incorrect.

5. The hearing before the Immigration Judge was originally scheduled for September 25, 2025, and it was cancelled due to a conflict with the Immigration Judge's schedule. It was then rescheduled to September 29, 2025.

1

2

6. On September 29, 2025, the Immigration Judge denied jurisdiction to hear the Petitioner's bond motion. The copy of that decision is attached hereto as Exhibit 7.

7. Undersigned counsel apologizes for any confusion caused by the earlier misstatement and respectfully files this notice in accordance with the Clerk's instructions to ensure the record accurately reflects the sequence of events.

Respectfully submitted,

*/s/ Vinicius Damasceno*
Vinicius Damasceno, Esq.
*Counsel for Petitioner*
Bar No. 706468
Celedon Law PC
277 Main Street, Ste 305
Marlborough, MA 01752
508-573-3170
vinicius@celedonlaw.com

Dated: October 15, 2025

3

## **<u>CERTIFICATE OF SERVICE</u>**

I, Vinicius Damasceno, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF), and paper copies will be sent to those indicated as non-registered participants.


Dated: October 15, 2025                                        /s/ Vinicius Damasceno
                                                               Vinicius Damasceno, Esq.