United States District Court
Western District of Texas
El Paso Division

Teyllon Souza Vieira,
    Petitioner,

    v.

No. 3:25-CV-00432-DB

Kristi Noem, in her official capacity as Secretary, U.S. Department of Homeland Security *et al*,
    Respondents.

**Respondents' Advisory to the Court Regarding Petitioner's Release from Detention**

In compliance with this Court's order dated October 16, 2025 (ECF No. 15), Respondents would like to inform the court that Petitioner is currently being processed to be released from custody. Respondent's notified opposing counsel of the same via email earlier today.

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:   */s/ Fidel Esparza, III*
      Fidel Esparza, III
      Assistant United States Attorney
      Texas Bar No. 24073776
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas 78216
      (210) 384-7026 (phone)
      (210) 384-7358 (fax)
      Fidel.Esparza@usdoj.gov

      Attorneys for Federal Respondents

1