United States District Court
Western District of Texas
El Paso Division

Teyllon Souza Vieira,
    Petitioner,

    v.                                                                          No. 3:25-CV-00432-DB

Kristi Noem, in her official capacity as
Secretary, U.S. Department of Homeland
Security *et al*,
    Respondents.

**Respondents' Advisory to the Court Regarding Petitioner's Release from Detention**

    In compliance with this Court's request dated October 23, 2025, Respondents would like to inform the court that Petitioner has been released from custody. *See* Exh. A (Form I-830).

Respectfully submitted,

Justin R. Simmons
United States Attorney

By:   */s/ Fidel Esparza, III*
       Fidel Esparza, III
       Assistant United States Attorney
       Texas Bar No. 24073776
       601 N.W. Loop 410, Suite 600
       San Antonio, Texas 78216
       (210) 384-7026 (phone)
       (210) 384-7358 (fax)
       Fidel.Esparza@usdoj.gov

       Attorneys for Federal Respondents

1