**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA**<br>Petitioner,<br><br>v.<br><br>**MARY DE-ANDA-YBARRA**, et. al.<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:25-cv-00432-DB

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's Order, and state as follows:

1. Pursuant to the Court's order from August 17, 2025, Petitioner was released from custody on October 23, 2025. He has since moved to Massachusetts and had a check-in with Immigration and Customs Enforcement ("ICE") on October 29, 2025, to provide an updated address.

2. Respondents have complied with the Court's order, and Petitioner is no longer in custody.

3. As a result of Petitioner's release, there are no remaining issues in controversy before the Court, and no further action is required at this time.

Respectfully submitted,


*/s/ Vinicius Damasceno*

Vinicius Damasceno, Esq.
*Counsel for Petitioner*
Bar No. 706468
Celedon Law PC
277 Main Street, Ste 305

2

Marlborough, MA 01752
508-573-3170
vinicius@celedonlaw.com

Dated: October 21, 2025


*/s/ Fidel Esparza, III*
Fidel Esparza, III
Assistant United States Attorney
Texas Bar No. 24073776
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7026 (phone)
(210) 384-7358 (fax)
Fidel.Esparza@usdoj.gov

Attorney for Federal Respondents


Dated: October 28, 2025

2