IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **TEYLLON SOUZA VIEIRA,** §<br>   Petitioner, §<br> §<br>v. §<br> §<br>**MARY DE ANDA-YBARRA,** *ICE Field* §<br>*Director, et al.,* §<br>   Respondents. § | EP-25-CV-00432-DB |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On October 16, 2025, this Court issued a "Memorandum Opinion and Order," ECF No. 15, granting in part Petitioner Teyllon Souza Vieira's "Petition for Writ of Habeas Corpus," ECF No. 1, filed on September 29, 2025. Therein, this Court asserted jurisdiction over the instant matter, and found Petitioner has established a violation of the Fifth Amendment's Due Process Clause as applied to him. Accordingly, the Court ordered Respondents to give Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention, or release Petitioner from custody under reasonable conditions of supervision during the pendency of his removal proceedings.

On October 28, 2025, the parties filed a "Joint Status Report," ECF No. 21, advising the Court that, "Respondents have complied with the Court's order, and Petitioner is no longer in custody. [] As a result of Petitioner's release, there are no remaining issues in controversy before the Court, and no further action is required at this time." *Id.* Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **29th** day of **October 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE