**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TEYLLON SOUZA VIEIRA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-25-CV-00432-DB** |
| **v.** | § | |
| | § | |
| | § | |
| **MARY DE-ANDA-YBARRA,** *Field Office* | § | |
| *Director, ICE El Paso Field Office, et al.,* | § | |
| **Respondents.** | § | |

## ORDER LIFTING DOCKET VIEWING RESTRICTIONS

On this day, the Court *sua sponte* considered the above-captioned case. After due consideration, **IT IS HEREBY ORDERED** that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted.

**IT IS FURTHER ORDERED** the District Clerk is directed to lift all viewing restrictions on the docket—*i.e.*, to make all prior filings electronically available to the public, and all future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form.

**IT IS FINALLY ORDERED** that, if absolutely necessary, the District Clerk may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c).

**SIGNED** this **20th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**